AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) Case No. 13-3209 MB |
| Cirilo Lopez Carrillo | ) |
| Defendant | ) |

## ORDER SCHEDULING A DETENTION HEARING

& preliminary

A detention hearing in this case is scheduled as follows:

| Place: U.S. Courthouse 801 Broadway | Courtroom No.: 783 Judge Brown |
|---|---|
| | Date and Time: 5/2/13 @ 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/29/13

_Joe B Brown_
Judge's signature

Joe B. Brown, U.S. Magistrate
Printed name and title