Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　)　　CASE NO.: 3:13 CR-89
　　　　　　　　　　　　　　　　)　　JUDGE ALETA A. TRAUGER
CIRILIO LOPEZ CARRILLO,　　　　)
　　　　DEFENDANT.　　　　　　　)

---

## FIRST MOTION TO CONTINUE TRIAL DATE

---

COMES now the Defendant, Cirilio Lopez Carrillo, by and through counsel, and hereby moves this Honorable Court to continue the trial of this matter concurrently scheduled for **Tuesday, July 23, 2013**.

As grounds, the Defendant would show that he was arrested on April 29, 2013, and, subsequently arraigned on May 24, 2013. On May 24, 2013, this Honorable Court set the cause for trial on the before-mentioned date. Counsel for the Defendant would show that he has received discovery in this matter. However, counsel would show that Defendant Cirilio does not speak English. Counsel and the government are discussing plea negotiations. Counsel has arranged for an interpreter to meet with his client to tentatively discuss a possible plea agreement, examine discovery, and review a speedy trial waiver. This meeting has been scheduled for Wednesday, July 17, 2013.

Counsel would further show that he has spoken with Mr. William Abely, AUSA, regarding a continuance of the presently scheduled trial, and the government has indicated it is not opposed to the granting of the same. Counsel contacted Mr. David Baker, attorney for Defendant Cabrera-Lezama and Mr. Baker indicated he was not opposed to the continuance. Mr. Cabrear-Lezama has been indicted under case number 3:13 CR-92, but is scheduled for trial on the same date. These indictments arise from the same investigation.