UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:13-CR-00089 |
| | ) | Judge Trauger |
| CIRILO LOPEZ CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE**

Pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 18 U.S.C. § 1028(b)(5) and (h) and the procedures set forth at 18 U.S.C. § 2253, Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through David Rivera, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following property:

All illicit authentication features, identification documents, document-making implements, or means of identification. The property to be forfeited includes but is not limited to the following: false Social Security cards, false Permanent Resident Cards, a false Resident Alien Card, a false Kentucky Identification Card, a cellular telephone, a camera, and a laptop computer.

hereinafter collectively referred to as "Subject Property,". Notice of the forfeiture has been provided, and no petitions have been filed. The United States now moves for entry of a Final Order of Forfeiture forfeiting the Subject Property with no right, title and interest existing in any other party, and to be disposed of according to law.

1