# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. 3:13-cr-00089 |
| ) | **JUDGE TRAUGER** |
| **v.** ) | |
| ) | |
| **CIRILO LOPEZ CARRILLO.** ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 10, 2014, this Court entered a Preliminary Order of Forfeiture as to Cirilo Lopez Carrillo ordering Defendant Cirilo Lopez Carrillo to forfeit the following property:

> All illicit authentication features, identification documents, document-making implements, or means of identification. The property to be forfeited includes but is not limited to the following: false Social Security cards, false Permanent Resident Cards, a false Resident Alien Card, a false Kentucky Identification Card, a cellular telephone, a camera, and a laptop computer.

(hereinafter collectively referred to as "Subject Property").

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on January 11, 2014 and ending on February 9, 2014; and

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 18 U.S.C. § 1028(b)(5) and (h); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 18 U.S.C. § 1028(b)(5) and (h).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the Defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law. IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this <u>14th</u> day of <u>   March                      </u>, 2014.

_____
JUDGE ALETA A. TRAUGER
United States District Judge